Same case below, 371 Fed. Appx. 423.

**No. 10-5063. David Madison, Petitioner v. United States District Court for the Eastern District of Arkansas.**

562 U.S. 901, 131 S. Ct. 393, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6106.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5066. Higinio Padron Vazquez, Petitioner v. United States.**

562 U.S. 901, 131 S. Ct. 236, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6329.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 256.

**No. 10-5067. William Wade Conley, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 901, 131 S. Ct. 236, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6485.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5068. Alexis De La Cruz Suarez, aka Alexis de la Cruz, Petitioner v. United States.**

562 U.S. 902, 131 S. Ct. 393, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6117.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 601 F.3d 1202.

**No. 10-5069. Rienaldo Correa, Petitioner v. Pennsylvania.**

562 U.S. 902, 131 S. Ct. 236, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6454.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 981 A.2d 309.

**No. 10-5071. Janice Love Craven, Petitioner v. Court of Appeals of Texas, Second District.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6139.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Texas denied.

**No. 10-5072. Lucas E. Demling, Petitioner v. United States.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 157, 2010 U.S. LEXIS 6304.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.